UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA FLETCHER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BALAC TRANSPORT, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00017-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 18). |

　　　　On August 1, 2025, the parties filed a joint stipulation dismissing this action with prejudice, stating as follows:

> COME NOW plaintiffs TINA FLETCHER; ROBERT HERNANDEZ; and GABRIEL HERNANDEZ through his Successors in Interest, TINA FLETCHER and ROBERT HERNANDEZ, and defendants ISIAH GRADY and MAYBACH INTERNATIONAL GROUP, LLC, through their respective undersigned counsel, and hereby jointly stipulate pursuant to FRCP 41(a)(1)(A)(ii) and agree that the above-captioned action has been settled and jointly move the Court for an order dismissing plaintiffs' entire complaint; that the same be dismissed with prejudice and on the merits, with each party to bear their own fees and costs. On information and belief of the undersigned, defendant BALAC TRANSPORT, INC. did not appear in the above-captioned matter and is not required to sign this stipulation pursuant to FRCP 41(a)(1)(A)(ii).

(ECF No. 18, pp. 1-2).

　　　　In light of the parties' stipulation, this action has been terminated and has been dismissed with prejudice and with each party to bear their own attorney fees and costs under Rule 41(a)(1)(A)(ii), which permits the voluntary dismissal of a case by the filing of "a stipulation of

1 | dismissal signed by all parties who have appeared."[1]

2 |     Accordingly, the Clerk of Court is directed to close this case.

3

4 | IT IS SO ORDERED.

5 | Dated: __August 4, 2025__          /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The parties correctly point out that Balac Transport Inc. did not appear in the case. (*See* ECF Nos. 12, 15).

2